



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

*Writer's Direct Line*
*(212) 416-6696*

LESLIE G. LEACH
Deputy Attorney General
State Counsel Division

JUNE DUFFY
Assistant Attorney General
in Charge
Litigation Bureau

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08
```

**VIA FACSIMILE (212) 805-7942**

March 18, 2008

The Hon. Alvin K. Hellerstein
United States District Court Judge
United States District Court
500 Pearl Street, Room 14D
New York, New York 10007

RE:    <u>Brian Davis v. Herbert Altman et al.</u>, Civil Action No. 07-CV-11313

Dear Judge Hellerstein:

This office represents Herbert Altman and Terry Henry, (hereinafter the "State Judicial Defendants") in the above-referenced litigation.    We submit this letter pursuant to your Individual Practice Rule 1D for an extension of time to answer the complaint.

**Background**

Brian Davis ("Plaintiff") filed an action pursuant to 42 USC § 1983 against Judicial Hearing Officer Herbert Altman (retired Justice of Supreme Court of New York State, New York County)and Terry Henry (Court Reporter, New York State Supreme Court, New York County) alleging violations of his First, Fifth and Fourteenth Amendment rights due to an alleged denial of access to certain court records requested by plaintiff.

**Request for extension of time**

This matter was filed on December 27, 2007 and does not currently carry a court date.   Defendant Terry was served on February 27, 2008 and Defendants' answer is due today.   I have been advised by the Chief Clerk of the Supreme Court, State of New York, New York County, that the file that Plaintiff references in his complaint is in the archives outside of the courthouse and as such he will not have access to it for another week. Plaintiff's complaint contains many allegations that Defendants are unable to respond to without access to this information. For the foregoing reason, Defendants' request a twenty-one day extension to answer Plaintiff's complaint.    This is Defendants' first

request for an extension of time in this matter. Further, Defendants are unable to speak to Plaintiff to request his consent to the relief sought herein because he is incarcerated. However, he is simultaneously being sent a copy of this letter via express mail.

Thank you for your attention to this matter.

Very Truly Yours,

Roberta L. Martin (RM-7044)
Assistant Attorney General


c:  Brian Davis,
Plaintiff, *Pro se*
DIN 95-A-2472
Green Haven Correctional Facility
P.O. Box 4000
Stormville, N.Y. 12582

Granted until 4/9/08

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 3/18/08