UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X
BRIAN DAVIS,

              Plaintiff,

              -against-

HERBERT I. ALTMAN
*individually and as Judge of
New York County Criminal Court*, et ano.

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 11313 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se and counsel for Defendants having appeared for a June 20, 2008 conference, the following is established on consent:

        (1) All claims against Defendant Terry Henry are dismissed;

        (2) Discovery shall be completed by August 29, 2008; and

        (3) This Court will hold a conference on September 19, 2008 at 1:00 p.m.; Counsel for Defendant is directed to arrange for Plaintiff pro se to participate by telephone.

Dated:    June 26, 2008
            New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                            U.S.D.J.

*Copies mailed to*:

Mr. Brian Davis
95-A-2472
GreenHaven Correctional Facility
P.O. Box 4000
Stormville, NY 12582-0010
*Plaintiff Pro Se*

Roberta Lynne Martin, Esq.
Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*